IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DEWANNA SHUMPERT, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION FILE |
| | ) | NO: 1:08-CV-1504-BBM |
| v. | ) | |
| | ) | |
| O'CHARLEYS, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the parties, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby stipulate that all claims asserted by the Plaintiff in the above captioned matter are hereby dismissed with prejudice. Each party shall bear its own costs with respect to the preparation and filing of this stipulation.

Respectfully submitted, this 11th day of September, 2009.

[SIGNATURE CONTINUED ON NEXT PAGE]

MAYER & HARPER LLP

By: /s/Randolph A. Mayer
RANDOLPH A. MAYER
Georgia State Bar No. 479350
CASH MORRIS
Georgia State Bar No. 155007
Attorneys for Plaintiff, Dewana Shumpert

127 Peachtree Street NE
Suite 1100
Atlanta, Georgia 30303
Telephone: (404) 584-9588

HALL, BOOTH, SMITH & SLOVER, P.C.

/s/ Nichole L. Hair
STEVEN D. PRELUTSKY
Georgia State Bar No. 586760
NICHOLE L. HAIR
Georgia State Bar No. 474182
Attorneys for Defendants

1180 West Peachtree Street, N.W.
Atlantic Center Plaza, Suite 900
Atlanta, Georgia 30309-3479
Telephone: (404) 954-5000
Facsimile: (404) 954-5020